UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-34713 |
| | ) | |
| ONTARIO CENTURY PROPERTY, | ) | |
| LLC, | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor & Debtor-in-Possession | ) | Chapter 11 |

## NOTICE OF MOTION

To:     SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 27th day of June, 2018, at 10:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Timothy A. Barnes in Courtroom 744 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 03122099
Law Offices of Joel A. Schechter
53 W. Jackson Blvd., Suite 1522
Chicago, IL  60604; (312) 332-0267

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the foregoing notice and attached  motion for entry of final decree on the parties referenced on the attached service list via first class mail, postage prepaid, as indicated, on the 20th day of June, 2018, before the hour of 5:00 p.m. from 53 West Jackson Boulevard, Chicago, Illinois, 60604.

/s/ Joel A. Schechter

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street, Room 873
Chicago, IL 60604

Kelly C. Elmore
Kovitz Shifrin Nesbit
55 W. Monroe St., Suite 2445
Chicago, IL 60603

F. Dean Armstrong
Armstrong Law Firm P.C.
1324 Dartmouth Road
Flossmoor, IL 60422

Michael L. Ralph, Sr.
Ralph, Schwab, Gartner & Schiever, Chtd.
175 E. Hawthorn Parkway, Suite 345
Vernon Hills, IL 60061

Natel Matschulat
111 East Chestnut
Apt. 28K
Chicago, IL 60611

Novack & Macey, LLP
100 North Riverside
Suite 1500
Chicago, IL 60606

Ontario Century Property, LLC
c/o Nicholas S. Gouletas
111 East Chestnut
Unit 28K
Chicago, IL 60611

ComEd
Attn: Processing
2100 Corporate Drive
Suite A
Addison, IL 60101

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-34713 |
| | ) | |
| ONTARIO CENTURY PROPERTY, LLC, | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor/Debtor-in-Possession | ) | Chapter 11 |

## MOTION OF DEBTOR, ONTARIO CENTURY PROPERTY, LLC, FOR ENTRY OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Ontario Century Property, LLC

("Debtor"), by and through its attorney, Joel A. Schechter of the Law Offices of Joel A.

Schechter, and moves the Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules

of Bankruptcy Procedure for the entry of a final decree closing the bankruptcy case, and in

support thereof states as follows:

1.      On October 13, 2015, the Debtor filed a voluntary petition pursuant to Chapter 11

of Title 11, United States Code ("Case").

2.      The Debtor remained in possession of its assets and continued to operate its

affairs pursuant to 11 U.S.C. §1107 and §1108.

3.      No trustee or creditors committee was appointed herein.

4.      On May 23, 2018, this Honorable Court entered an order confirming the

Debtor's second amended plan of liquidation ("Plan")

5.      The Plan provides for the payment of Administrative Claims and has one class of

unsecured creditors and one class of member interests.

6.      Class 1 consists of the unsecured claims of Natel Matschulat in the amount of

$15,000, Novack and Macey, LLP in the amount of $15,821.13, and ComEd in the amount of

$72.00. These claims are to be paid, pro rata, after payment of Administrative Claims.

7.      Class 2 consists of the member interest of Ontario Century Property Manager, LLC. The interest will receive no distribution under the Plan.

8.      All payments required under the Plan will be made from the proceeds on hand with Chicago Title and Trust Company, as Escrowee. The total of funds on hand is $53,888.26.

9.      Final fee applications are set for hearing on June 27, 2018.

10.     The amount due the U.S. Trustee for quarterly fees is $1,300.00 through the second quarter of 2018, based upon previously filed monthly summaries of cash receipts and disbursements and the amount to be distributed from the escrow.

11.     Assuming the Court enters orders approving the applications for compensation and reimbursement of expenses on June 27, 2018, the escrow proceeds will be distributed to Administrative Claims and a pro rata distribution to unsecured claimants.

12.     To avoid the Case extending into the third quarter of 2018, and incurring additional quarterly fees, the Debtor requests the entry of the final decree.

13.     Pursuant to Local Bankruptcy Rule 3022-1, assuming the Court enters orders approving the applications for compensation and reimbursement of expenses and Chicago Title and Trust Company distributes the proceeds on hand, the Plan will be consummated.

WHEREFORE, the Debtor, Ontario Century Property, LLC, prays this Honorable

Court enters a final decree closing the Chapter 11 case and for such other and further relief as the

Court may deem just and proper.

Respectfully submitted,
Ontario Century Property, LLC,
Debtor and Debtor-in-possession


By:/s/ Joel A. Schechter


Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

3