UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  ) BK No.: 15-34713
ONTARIO CENTURY PROPERTY, LLC )
) Chapter: 11
) Honorable Timothy A. Barnes
)
)
Debtor(s) )

## ORDER AUTHORIZING ESCROWEE, CHICAGO TITLE AND TRUST COMPANY, TO DISTRIBUTE PROCEEDS

At Chicago, IL, this 27th day of June, 2018, before the Honorable Timothy A. Barnes, Bankruptcy Judge, in the said district and division.

This matter coming on for hearing on the post-confirmation status of the second amended plan of liquidation; due notice having been served upon all parties in interest; the Court having jurisdiction, being fully advised in the premises and having entered orders on the final requests for compensation and reimbursement of expenses of Joel A. Schechter, as attorney for the Debtor and Howard L. Teplinsky and Levin Ginsburg, as special counsel for the Debtor, and being advised that after payment of the requests for compensation and reimbursement of expenses, there will be $16,746.56, in available funds on hand with the Escrowee, Chicago Title and Trust Company for distribution pursuant to the confirmed plan.

NOW THEREFORE, it is hereby ordered as follows:

1. After payment by the Escrowee, Chicago Title and Trust Company, of the orders granting the applications of Joel A. Schechter and Howard L. Teplinsky and Levin Ginsburg for compensation and reimbursement of expenses, the Escrowee, Chicago Title and Trust Company be, and hereby is, authorized to make the following distributions of the funds on hand:
    a. to United States Trustee, the sum of $1,300.00;
    b. to Natel Matschulat, the sum of $7,500.00;
    c. to Novack and Macey, LLP, the sum of $7,910.56; and
    d. to ComEd, the sum of $36.00.
2. Notwithstanding Rule 9023 of the Federal Rules of Bankruptcy Procedure, the Escrowee, Chicago Title and Trust Company, is hereby authorized to immediately make the aforesaid distributions.

Enter:

Dated: JUN 27 2018

United States Bankruptcy Judge

**Prepared by:**
Joel A. Schechter
Attorney No. 3122099
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

Rev: 20130103_bko