UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re: ) | BK No.:   15-34713 |
| ONTARIO CENTURY PROPERTY, LLC, ) | |
| ) | Chapter:  11 |
| ) | Honorable Timothy A. Barnes |
| ) | |
| Debtor(s) ) | |

**FINAL DECREE CLOSING CHAPTER 11 CASE**

This matter coming on for hearing on the motion of the Debtor, Ontario Century Property, LLC, to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been given; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, the final decree is hereby entered and the Clerk of the Bankruptcy Court may close the Chapter 11 case.

Enter:

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated:  JUN 27 2018

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267